| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:20-CR-00405-UNA |
| | ) | |
| MICHAEL FEIN, | ) | |
| | ) | |
| Defendant. | ) | |

## **NOTICE OF FILING OF EXTRADITION ORDER**

COMES NOW the United States of America, by and through its Attorneys, Thomas C. Albus, United States Attorney for the Eastern District of Missouri, and Hal Goldsmith, Assistant United States Attorney for said District, and provides Notice that it has filed as Exhibit A to this pleading the formal Extradition Order issued on May 14, 2026 by the State of Israel.

Respectfully submitted,

THOMAS C. ALBUS
United States Attorney

*/s/ Hal Goldsmith*
HAL GOLDSMITH, #32984(MO)
Assistant United States Attorney
111 South Tenth Street, 20th Floor
Saint Louis, Missouri 63102
Hal.Goldsmith@usdoj.gov
Telephone: (314) 539-2200
Facsimile: (314) 539-3887

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 25, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all counsel of record.

        */s/ Hal Goldsmith*
        HAL GOLDSMITH, #32984MO
        Assistant United States Attorney