בס״ד



משרד המורשת
Ministry of Heritage

# <u>צו הסגרה</u>

<u>מאחר</u> שביום 25.6.2021 ביקשה ממשלת ארה״ב להסגיר לידיה את מיכאל פיין (Michael Fein) דרכון אמריקאי מספר A04045338, יליד 24.10.1978, על מנת להעמידו לדין בגין העבירות הבאות:

א.   **הונאת בנק (Bank Fraud)** עבירות לפי סעיפים 1344 ו- 2(b) בפרק 18 ל- United States Code, שדינה עד 30 שנות מאסר בפועל ו/או קנס מרבי בסך $1,000,000.

ב.   **הונאה באמצעים אלקטרוניים (Wire Fraud)** – המהווה עבירה לפי סעיף 1343 בפרק 18 ל- United States Code (U.S.C.), שדינה עד 30 שנות מאסר בפועל ו/או קנס מרבי בסך $1,000,000.

<u>ומאחר</u> שביום 17.4.2024 במסגרת תה״ג 23890-07-23 הכריז בית המשפט המחוזי בירושלים (כב׳ השופט א׳ גורדון) על המבוקש בר הסגרה לארה״ב כדי שיעמוד שם לדין;

<u>ומאחר</u> שהערעור שהגיש המבוקש נדחה ביום 27.1.2025 על ידי בית המשפט העליון (עה״ס 4001/24) ובכך הפכה הכרזתו בר הסגרה סופית;

<u>הנני מצווה</u> בתוקף סמכותי לפי סעיף 18 לחוק ההסגרה, תשי״ד-1954, על ביצוע הסגרתו של המבוקש לידי שלטונות ארה״ב לשם העמדתו לדין.

ירושלים,   כ״ז אייר תשפ״ו
14 במאי 2026

עמיחי אליהו
שר המורשת



משרד המורשת
Ministry of Heritage

# **Extradition Order**

**WHEREAS** on June 25, 2021, the Government of the United States of America requested the extradition of Michael Fein, U.S. Passport No. A04045338, born on October 24, 1978, to stand trial for the following offenses:

**Bank Fraud** – offenses under 18 U.S.C. §§ 1344 and 2(b), punishable by up to 30 years in prison and/or a maximum fine of $1,000,000.
 **Wire Fraud**– an offense under 18 U.S.C. § 1343, punishable by up to 30 years in prison and/or a maximum fine of $1,000,000.

AND WHEREAS on April 17, 2024, in Extradition Case 23890-07-23, the Jerusalem District Court (Honorable Judge A. Gordon) declared the requested person extraditable to the USA to stand trial there;

AND WHEREAS the appeal filed by the requested person was dismissed on January 27, 2025, by the Supreme Court (Extradition Appeal 4001/24), thereby making the declaration of extraditability final;

I HEREBY ORDER, by virtue of my authority under Section 18 of the Extradition Law, 5714-1954, the execution of the extradition of the requested person to the authorities of the USA to stand trial.

Jerusalem    27th of Iyyar, 5786
             May 14 ,2026

**Minister Amichai Eliyahu**
**Minister of Heritage**
State of Israel